# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| DUNDRIELLE LAFRANK BLAKENEY | ) | Case No: __3:02CR00140-001__ |
| | ) | USM No: __21137-057__ |
| Date of Previous Judgment: __6//18/2003__ | ) | __Reita Pendry__ |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❑ the Director of the Bureau of Prisons ❑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

■ DENIED.   ❑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | |
|---|---|---|
| Previous Offense Level: __34__ | Amended Offense Level: | __34__ |
| Criminal History Category: __VI__ | Criminal History Category: | __VI__ |
| Previous Guideline Range: __262__ to __327__ months | Amended Guideline Range: | __262__ to __327__ months |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

❑ The reduced sentence is within the amended guideline range.

❑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

■ Other (explain):   No reduction as there is no change in the guideline calculations due to the defendant's status as a Career Offender.

## III.  ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __6//18/2003__ shall remain in effect.

**IT IS SO ORDERED**.

Order Date: __June 9, 2009__

_signature_
Frank D. Whitney
**United States District Judge**

Effective Date: _____
(if different from order date)